IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

TOASTMASTER INC., )
a Missouri corporation, )
 )
            Plaintiff, )
 )
vs. ) No. 98-4260-CV-C-SOW-ECF
 )
HAMILTON BEACH/PROCTOR-SILEX, )
INC., a Delaware corporation, )
 )
           Defendant. )

ORDER

Before the Court are plaintiff's Unopposed Motion for Seven-Day Extension of Time to File Reply (Doc. #196) and a Joint Motion for Stay Pending Settlement Discussions (Doc. #197).

The joint motion requests a stay, representing that the parties are engaged in settlement negotiations which may render moot the need for additional briefing of the pending summary judgment motions. The parties have proposed an amended briefing schedule in the event that they are unable to reach a settlement.

Accordingly, it is hereby

ORDERED that plaintiff's Unopposed Motion for Seven-Day Extension of Time to File Reply (Doc. #196) is dismissed as moot. It is further

ORDERED that the Joint Motion for Stay Pending Settlement Discussions (Doc. #197) is granted. It is further

ORDERED that plaintiff shall have up to and including December 22, 2000, to file its reply brief in support of its motion for summary judgment on defendant's counterclaim of

inequitable conduct. It is further

ORDERED that defendant shall have up to and including January 12, 2001 to file its briefs in opposition to plaintiff's motions for summary judgment on patent infringement and defendant's counterclaims of anticipation and obviousness. It is further

ORDERED that plaintiff shall have up to and including February 6, 2001 to file its reply briefs in support of its motions for summary judgment.

s/Scott O. Wright<br>
SCOTT O. WRIGHT<br>
Senior United States District Judge

Dated: 12-5-00